UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings


OFFICE: CAMDEN                                    Proceeding Date: September 1, 2022

 MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded


Title of Case:                                   Docket:    Civil 21-15288(CPO/SAK)
TERRUSO-CRESPO
          Vs
ALTANTIC COUNTY JUSTICE FACILITY, ET AL

**Appearances:**
Michael Budner & Michael Donio, Esq. for plaintiff
Carolyn Murray, Esq. for County Defts.
Thomas Reynolds, Esq. for Hamilton Twp.
Jeffrey McClain, Esq. for CFG defts.


Nature of Proceedings:    MOTION HEARING

Hearing on oral application to reopen case; Ordered application granted; Order to be entered


Time Commenced:   11:00 am   Time Adjourned:  11:45 am   Total Time: 45  Minutes



                                    s/  Marnie Maccariella
                                     DEPUTY CLERK



Cc: Chambers