# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| NICO A. TERRUSO-CRESPO, as the Administrator *Ad Prosequendum* and Administrator of the ESTATE OF MARIO P. TERRUSO, JR., Deceased,<br><br>          Plaintiff,<br><br>v.<br><br>ATLANTIC COUNTY JUSTICE FACILITY et al.,<br><br>          Defendants. | Civil No. 21-15288 (CPO/SAK) |

## ORDER ADMINISTRATIVELY TERMINATING ACTION

The Court having held a telephone status conference on December 1, 2022; and the Court finding that the parties are unable to engage in meaningful discovery while the parallel criminal matter is pending; and for good cause shown;

**IT IS** this **5th** day of **December, 2022**, hereby

**ORDERED** that this matter is **ADMINISTRATIVELY TERMINATED** pending the resolution of the parallel criminal matter; and it is further

**ORDERED** that Plaintiff shall file a joint letter on the docket by **January 31, 2023**, and every forty-five (45) days thereafter, updating the Court on the status of the parallel criminal matter; and it is further

**ORDERED** that this Court will re-open this matter upon a showing of good cause or completion of the parallel criminal matter.

                                                                    s/ Sharon A. King
                                                                    SHARON A. KING
                                                                    United States Magistrate Judge

cc: Hon. Christine P. O'Hearn, U.S.D.J.