

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MICHAEL A BUDNER
DIRECT LINE: (215) 575-3875
MBUDNER@SMBB.COM

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

**June 5, 2025**

Magistrate Judge Sharon King
*via electronic correspondence and E-filing*
Chambers_of_Magistrate_Judge_Sharon_King@njd.uscourts.gov

      *RE:* Terruso v. Atlantic County Justice Facility et al 1:21-cv-15288-NLH-SAK

Dear Judge King,

    The purpose of this letter is to provide Your Honor with a joint update per Your Honor's April 26, 2024, Order (ECF Doc. 106) requiring that the parties in this matter file a joint letter every 45 days updating the Court on the status of the criminal matter.

    Three of the eight defendants (Defendants Nelson, Schnurr, and Silvio) have filed Motions for Leave to Appeal the denial of the Motions for Reconsideration of the denial of the Motions to Dismiss the indictments. Presently, all Official Misconduct counts against all 8 defendants remain. Everything in Superior Court is now being held up until the Motions for Leave to Amend are heard and decided. The prosecution's opposition briefs are due June 9th to those motions.

    Another update will be provided to the Court in 45 days.

                    Respectfully submitted,

                    ___*/s/ Michael Budner*_____
                    Michael Budner